# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MAEGON CASSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-00161-MN |
| v. | ) |
| | ) |
| HUNTINGTON BANCSHARES | ) |
| INCORPORATED, LIZABETH | ) |
| ARDISANA, ALANNA COTTON, ANN B. | ) |
| CRANE, ROBERT S. CUBBIN, STEVEN | ) |
| G. ELLIOTT, GINA D. FRANCE, J. | ) |
| MICHAEL HOCHSCHWENDER, JOHN C. | ) |
| INGLIS, KATHERINE M.A. KLINE, | ) |
| RICHARD W. NEU, KENNETH J. | ) |
| PHELAN, DAVID L. PORTEOUS, | ) |
| STEPHEN D. STEINOUR, and TCF | ) |
| FINANCIAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 30, 2021

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*